# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.A.,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br><br>        Respondents. | Case No. 5:25-cv-03007-CV-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

1
2  IT IS ORDERED that: (1) Judgment be entered GRANTING the
3  petition (2) a writ of habeas corpus be issued requiring Petitioner's
4  immediate release, unless he is afforded a new *Rodriguez* bond hearing
5  within seven (7) days; and (3) the parties shall file a joint status report
6  within ten (10) days confirming that Petitioner has been afforded a new
7  *Rodriguez* bond hearing.
8
9  DATE:  3/12/26           *Cynthia Valenzuela*
10                          HON. CYNTHIA VALENZUELA
11                          U.S. DISTRICT JUDGE