# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

N.A.,

   Petitioner,

    v.

WARDEN, ADELANTO
DETENTION FACILITY, et al.,

   Respondents.

Case No. 5:25-cv-03007-CV-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is GRANTED. A writ of habeas corpus requiring Petitioner's immediate release, unless he is afforded a new *Rodriguez* bond hearing within seven (7) days, shall issue.

Further, the parties are required to file a joint status report within ten (10) days confirming that Petitioner has been afforded a new *Rodriguez* bond hearing.

DATE: _____3/12/26_____   *Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
U.S. DISTRICT JUDGE

2